# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jordan, Kent A. | Third Circuit Court of Appeals | 05/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

844 N. King Street
Unit 10
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member and Secretary | American Inns of Court |
| 2. | Board Member | Ministry of Caring |
| 3. | Board Member | Sacred Heart Village |
| 4. | Board Member | Sedona Conference Judicial Advisory Board |
| 5. | Board Member | Federal Judicial Center |
| 6. | Adjunct Professor of Law | University of Pennsylvania School of Law |
| 7. | Adjunct Professor of Law | Vanderbilt University Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Vanderbilt University - teaching | $8,955.00 |
| 2. 2015 | University of Pennsylvania School of Law - teaching | $10,000.00 |
| 3. 2015 | Vanderbilt University - teaching | $8,270.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Webster Dermatology - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Washington Law School | 1/15/15 | Washington, DC | moot court judge | food, lodging and transportation |
| 2. | American Inns of Court Foundation | 1/30-31/15 | Orlando, FL | Strategic Planning Bd. mtg.. | food, lodging and transportation |
| 3. | Vanderbilt University | 2/2-6/15 | Nashville, TN | teaching | food, lodging and transporation |
| 4. | Pennsylvania Federalist Society | 2/24/15 | Philadelphia, PA | speaker | transportation |
| 5. | Pepperdine University | 3/12-13/15 | Malibu, CA | speaker | food, lodging and transportation |
| 6. | Yale Federalist Society | 3/30-31/15 | New Haven, CT | speaker | food, lodging and transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jordan, Kent A. | 05/09/2016 |

| | | | | |
|---|---|---|---|---|
| 7. | Houston Federalist Society | 4/13-14/15 | Houston, TX | speaker | food, lodging and transportation |
| 8. | University of Virginia Federalist Society | 4/16-17/15 | Charlottesville, VA | speaker | food, lodging and transportation |
| 9. | American Inns of Court Foundation | 4/23-24/15 | Pittsburgh, PA | Leadership Conf. | food, lodging and transportation |
| 10. | American Inns of Court Foundation | 5/12-13/15 | Alexandria, VA | Strategic Planning Mtg. | food, lodging and transportation |
| 11. | The Sedona Conference | 5/18-19/15 | Miami, FL | speaker | food, lodging and transportation |
| 12. | American Inns of Court Foundation | 5/29-30/15 | Anaheim, CA | Spring Board Meeting | food, lodging and transportation |
| 13. | American Inns of Court Foundation | 8/25-26/14 | Alexandria, VA | Executive Committee Meeting | food, lodging and transportation |
| 14. | ABA | 9/18-19/15 | Chicago, IL | speaker | food, lodging and transportation |
| 15. | Vanderbilt University | 10/5-10/15 | Nashville, TN | teaching | food, lodging and transportation |
| 16. | The Sedona Conference | 10/19-20/15 | Reston, VA | speaker | food, lodging and transportation |
| 17. | American Inns of Court Foundation | 10/23-24/15 | Washington, DC | Fall Board meeting | food, lodging and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab U.S. Treasury Money Fund | A | Interest | J | T | | | | | |
| 2. Franklin Utilities Series CI A | A | Dividend | | | Buy (add'l) | 06/01/15 | J | | |
| 3. | | | | | Sold | 07/29/15 | J | B | |
| 4. Schwab U.S. Broad Market | A | Dividend | K | T | Buy (add'l) | 12/21/15 | J | | |
| 5. Metropolitan West Total Return Bond M: MWTRX | A | Dividend | J | T | Buy | 07/29/15 | J | | |
| 6. Deutsche Floating Rate CLE S: DFRPX | A | Dividend | J | T | Buy | 07/29/15 | J | | |
| 7. JOHCM Int'l SLCT FD CL II: JOHAX | A | Dividend | J | T | Buy | 07/29/15 | J | | |
| 8. Vanguard Health Care FD Investors Shares: VGHCX0 | A | Dividend | J | T | Buy | 07/30/15 | J | | |
| 9. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 10. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 11. Capital One - Accounts | A | Interest | K | T | | | | | |
| 12. TD Bank - Account | | None | J | T | | | | | |
| 13. Essential LLC | D | Interest | M | U | | | | | |
| 14. IRA #1 - Equity Trust (H) | | | | | | | | | See note in Part VIII |
| 15. - Land Solutions Prtnrs East Meadows LLC | A | Int./Div. | M | W | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 10 - this is a new header only

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/09/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kent A. Jordan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544